RECEIVED
AND FILED

Dec 16  1 39 PM '09

U.S. BA...
MA...
...CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| IN RE: | : |
|  | : CASE NO.: 09-31977-MKN |
| MICHAEL A. MEANS, | : |
|  | : |
|  | : CHAPTER 7 |
| Debtor(s). | : |

### REQUEST FOR NOTICES

PLEASE TAKE NOTICE that DELTA COMMUNITY CREDIT UNION, located at P.O. Box 20541, Atlanta, Georgia 30320-2541, is a named Creditor of record in the above-styled action, and hereby requests receipt of all notices to parties in interest herein.

Dated: December 3, 2009.

        Respectfully submitted,

        DELTA COMMUNITY CREDIT UNION,
        Creditor of Record:

        /s/ Debbie D. Clayton
        Advanced Recovery Manager

P.O. Box 20541
Atlanta, Georgia 30320-2541
Telephone: (404) 677-8705
Facsimile: (770) 632-8829
Email: debbie.d.clayton@deltacommunitycu.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing pleading by depositing same in the U.S. Mail, with adequate postage affixed thereon to:

Michael A. Means
8809 Timber Mesa Street
Las Vegas, NV 89139

Heaather Endsley Means
8809 Timber Mesa Street
Las Vegas, NV 89139

Michael C. Van, Esq.
Shumway Van & Hansen, CHTD
8985 S. Eastern Avenue, #160
Las Vegas, NV 89123

Lenard E. Schwartzer
Chapter 7 Trustee
2850 S. Jones Blvd. # 1
Las Vegas, NV 89146

Dated: December 3, 2009.

Respectfully submitted,

DELTA COMMUNITY CREDIT UNION,
Creditor of Record:

/s/ Debbie D. Clayton
Advanced Recovery Manager

P.O. Box 20541
Atlanta, Georgia 30320-2541
Telephone: (404) 677-8705
Facsimile: (770) 632-8829
Email: debbie.d.clayton@deltacommunitycu.com